**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 452 WAL 2019
                                           :
           Respondent                 :
                                           :   Petition for Allowance of Appeal
                                           :   from the Order of the Superior Court
           v.                          :
                                           :
                                           :
MILTON MORGAN,                        :
                                           :
           Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 29th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.